## EL PUEBLO *v.* RODRÍGUEZ

APELACIÓN procedente de la Corte de Distrito de

San Juan.

No. 64.   Resuelto en noviembre 29, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANI-
FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no
apareciendo de los autos que se hubiera cometido algún error que justifique
la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del
tribunal.

La presente es una apelación contra sentencia dictada
por la Corte de Distrito de San Juan, en un caso de seduc-
ción. La acusación y el juicio parecen haber sido celebra-
dos en debida forma.  La corte condenó al preso á un año
de presidio con trabajos forzados, y al pago de las costas.
No habiendo ni pliegos de excepciones, ni exposición de
hechos, y no pareciendo otro error alguno en los autos, la
sentencia dictada por dicha Corte de Distrito debe confir-
marse, de acuerdo con la resolución de esta Corte en la
*causa* del *Pueblo de Puerto Rico* contra *Juan de Mata*

*Eligier*, en cuya causa el dictamen de la corte fué emitido por el Juez Sr. MacLeary.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.